UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| DARNELL ANDERSON, | ) | |
| Plaintiff, | ) ) | Civil Action No. 6: 20-118-DCR |
| V. | ) ) | |
| A. FUSON, et al., | ) ) | **JUDGMENT** |
| Defendants. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with Federal Rule of Civil Procedure 58 and the Memorandum Opinion and Orders entered on April 14, 2021, and on this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Plaintiff Darnell Anderson's claims are **DISMISSED**, with prejudice, and **STRICKEN** from the docket.

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: February 14, 2023.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky